January 17, 1894.

---

[No. 392.]

THE PERSONS, REAL ESTATE AND PROPERTY DESCRIBED IN THE DELINQUENT LIST OF THE COUNTY OF PIMA FOR THE YEAR 1892, Maish & Driscoll, Objectors, v. THE TERRITORY OF ARIZONA, Appellee.

APPEAL from a judgment of the District Court of the First Judicial District in and for the County of Pima. R. E. Sloan, Judge.

C. W. Wright, for Objectors.

F. H. Hereford, and William H. Lovell, for Appellee.

January 17, 1894. Affirmed.